**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1932**

MOHAMMAD SWAILEM AWAD,

          Petitioner,

     v.

LORETTA E. LYNCH, Attorney General,

          Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: April 20, 2015        Decided: April 30, 2015

Before GREGORY and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

W. Rob Heroy, GOODMAN, CARR PLLC, Charlotte, North Carolina, for Petitioner. Joyce R. Branda, Acting Assistant Attorney General, Keith I. McManus, Senior Litigation Counsel, Matt A. Crapo, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Swailem Awad, a native and citizen of Jordan, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider its affirmance of the Immigration Judge's decision denying Awad's application for adjustment of status as a matter of discretion. We have reviewed the administrative record and Awad's claim that the agency exceeded its authority by improperly questioning him about his marriage, and find his claim to be without merit.[*] We accordingly find no abuse of discretion in the denial of reconsideration, see Narine v. Holder, 559 F.3d 246, 249 (4th Cir. 2009), and deny the petition for review for the reasons stated by the Board. See In re: Awad (B.I.A. Aug. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

---

[*] While we normally lack jurisdiction to review the discretionary denial of adjustment of status, see 8 U.S.C. § 1252(a)(2)(B) (2012), we retain jurisdiction here because Awad has raised a question of law in his petition for review. See 8 U.S.C. § 1252(a)(2)(D) (2012).

2